Robert H. Hughes (9787)
John L. Cooper (16025)
Mindy Kidd (18032)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
rhughes@parsonsbehle.com
jcooper@parsonsbehle.com
mkidd@parsonsbehle.com

*Attorneys for Defendant West Valley City*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HH-SALT LAKE, LLC, a Utah limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>WEST VALLEY CITY, a Utah municipality,<br><br>     Defendant. | **STIPULATED JUDGMENT**<br><br>Civil No. 2:23-cv-00470-TS-DAO<br><br>Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This matter comes before the Court on the parties' Stipulated Motion for Entry of Judgment. Based upon the Stipulated Motion, the Court hereby enters the following Stipulated Judgment and ORDERS, ADJUDGES, and DECREES as follows:

1.     The allegations in the Amended Complaint of HH-Salt Lake, LLC ("**HH-Salt Lake**") relate to its opening of a retail store at 2194 West 3500 South, West Valley City, UT ("**HH Store**").

2.      For the purposes of this Stipulated Judgment, "Lingerie Store Provisions" means collectively (i) West Valley City Municipal Code ("**WVC Code**") Section 7-1-103(153), the definition of the term "Lingerie Stores," and (ii) WVC Code Section 7-6-301 as it pertains to the Decker Lake Station Overlay Zone, where the HH Store is located.

3.      West Valley City is equitably estopped from enforcing the Lingerie Store Provisions against HH-Salt Lake in regard to the HH Store.

4.      No damages, attorney fees, or costs are awarded to either Party.

**IT IS SO ORDERED.**

DATED this 16th day of September, 2024.

BY THE COURT

Ted Stewart
United States District Judge

Approved as to form:

FABIAN VANCOTT

/s/ *Thomas B. Stockard*
Kevin N. Anderson
Scott R. Sabey
Thomas B. Stockard
*Attorneys for Plaintiff HH-Salt Lake, LLC*
(electronically signed with permission of counsel)

2

4880-7558-4989.v2