Robert H. Hughes (9787)
John L. Cooper (16025)
Mindy Kidd (18032)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
rhughes@parsonsbehle.com
jcooper@parsonsbehle.com
mkidd@parsonsbehle.com

*Attorneys for Defendant West Valley City*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HH-SALT LAKE, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEST VALLEY CITY, a Utah municipality,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:23-cv-00470-TS-DAO<br><br>Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant West Valley City and Plaintiff HH-Salt Lake, LLC (collectively "**Parties**"), by and through their respective counsel, stipulate to the dismissal of this case with prejudice. On September 16, 2024, the Court entered its Stipulated Judgment (ECF #50), granting judgment on Plaintiff HH-Salt Lake's equitable estoppel cause of action. The Parties entered into a Settlement Agreement resolving the remainder of this case. The Parties stipulate and agree that each party will bear its own attorney fees and costs. Because this Stipulation of Dismissal with Prejudice is signed by counsel for all the parties who

have appeared, this case is dismissed with prejudice by the filing of this Stipulation of Dismissal with Prejudice. *See* Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

Date: October 1, 2024.

PARSONS BEHLE & LATIMER

/s/ *John L. Cooper*

Robert H. Hughes
John L. Cooper
Mindy Kidd
*Attorneys for Defendant West Valley City*


FABIAN VANCOTT

/s/ *Thomas B. Stockard*

Kevin N. Anderson
Scott R. Sabey
Thomas B. Stockard
*Attorneys for Plaintiff HH-Salt Lake, LLC*
(electronically signed with permission of counsel)

## **CERTIFICATE OF SERVICE**

I certify that, on October 1, 2024, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Court using the CM/ECF system, which sends notification to counsel of record.

/s/ *John L. Cooper*